■ BRENDA READING et al., Respondents, v ANTHONY FABIANO, M.D., et al., Appellants. (Appeal No. 3.) [4 NYS3d 567]—Appeal from an amended order of the Supreme Court, Erie County (John M. Curran, J.), entered September 18, 2013. The amended order granted in part the motion of defendants to compel certain discovery.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *Reading v Fabiano* ([appeal No. 2] 126 AD3d 1523 [2015]). Present—Centra, J.P., Peradotto, Lindley and DeJoseph, JJ.